**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NRG ENERGY, INC., | : | No. 359 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| PENNSYLVANIA PUBLIC UTILITY | : | |
| COMMISSION, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.